# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02212-JLK

PATTI PUGH, individual,

    Plaintiff,

v.

ELWOOD STAFFING D/B/A SOS EMPLOYMENT GROUP, A/K/A SOS STAFFING SERVICES, an Indiana corporation,

    Defendant.

## ORDER GRANTING JOINT MOTION TO AMEND STIPULATED SCHEDULING AND DISCOVERY ORDER

This Court, having reviewed the Joint Motion to Amend Stipulated Scheduling and Discovery Order (Doc. 17) filed April 15, 2016, and being apprised on its premises, hereby GRANTS the same. This Court further ORDERS as follows:

1. The deadline to designate expert witnesses is June 15, 2016;
2. The deadline to designate rebuttal expert witnesses is July 15, 2016;
3. The discovery cut-off is August 15, 2016; and
4. The dispositive motion deadline is September 15, 2016.

Dated this 15th day of April, 2016.

BY THE COURT:

_John L. Kane_
John L. Kane
Senior U.S. District Court Judge